# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>W. ULIT,<br><br>　　　　Defendant. | Case No. 1:13-cv-01806-AWI-MJS (PC)<br><br>**ORDER DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO PAY FILING FEE**<br><br>**(ECF No. 3)**<br><br>**CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE** |

　　　　Plaintiff is a California state prisoner proceeding pro se in a civil rights action filed November 8, 2013 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff's Motion to Proceed In Forma Pauperis was denied because he had three prior actions dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief could be granted. The facts alleged in this case failed to satisfy the exception set out in § 1915(g). He was ordered to pay the $400 filing fee in full by not later than February 11, 2014. The February 11, 2014 deadline passed without Plaintiff paying the filing fee. Plaintiff was specifically cautioned that failure to pay the filing fee would result in dismissal of this action.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED, without

prejudice, pursuant to Local Rule 110 for Plaintiff's failure to prosecute. The Clerk is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated:   March 17, 2014

_____
SENIOR  DISTRICT  JUDGE